**UNITED STATES of America, Appellee,**

v.

**David Lee ANDERSON, Appellant.**

**No. 10–2371.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 4, 2010.

Filed: Nov. 4, 2010.

Tricia Annette Tingle, Lolita A. Velazquez–Aguilu, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

David Lee Anderson, U.S. Penitentiary, Marion, IL, pro se.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

David Lee Anderson appeals the district court's[1] denial of his motions to recalculate and reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amend-

ment 709 to the Sentencing Guidelines. Upon de novo review, we find no error. *See United States v. Baylor,* 556 F.3d 672, 673 (8th Cir.2009) (per curiam) (standard of review); *United States v. Peters,* 524 F.3d 905, 907 (8th Cir.2008) (per curiam) (affirming denial of § 3582(c)(2) motion for resentencing because Amendment 709 is not a covered amendment under U.S.S.G. § 1B1.10 to which retroactive treatment may be given); *United States v. Walsh,* 26 F.3d 75, 76–77 (8th Cir.1994) (noting that policy statements in U.S.S.G. § 1B1.10 govern whether Guidelines amendments shall apply retroactively). Anderson's alternative argument for recalculation is also without merit. Accordingly, we affirm.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minne-

